JUN-30-2010 12:55          I    SBSE                           512 460 2720      P.002



# Summons

## Collection Information Statement

In the matter of  PROMISELAND GEORGETOWN, 2806 MESQUITE LN., GEORGETOWN, TX 78627-0883
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 5 (25)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

The Commissioner of Internal Revenue

To:  JAMES JONES/OWNER
At:  3603 CHEYENNE ST.,  ROUND ROCK, TX 78664

You are hereby summoned and required to appear before MORGAN JOHNSON, an Internal Revenue Service (IRS) officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2009  To 04/01/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

*Government Exhibit A*

Business address and telephone number of IRS officer before whom you are to appear:

9430 RESEARCH BLVD, STOP 5210AUNW, AUSTIN TX 78759 (512) 464-3076

Place and time for appearance: At  IRS-TAXPAYER ASSISTANCE CENTER, 825 E RUNBERG LN, AUSTIN, TX 78759

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the 21st day of May, 2010 at 9:00 o'clock a.m.

Issued under authority of the Internal Revenue Code this 29th day of April, 2010

ARMANDO VALDEZ                                REVENUE OFFICER
*Signature of Issuing officer*                 *Title*

*Signature of approving officer (if applicable)*    *Title*

Original – to be kept by IRS

JUN-30-2010 12:55     I    SBSE                    512 460 2720      P.003



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 5/4/10    Time: 10:40 AM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Signature: [signed]    Title: REVENUE OFFICER

I certify that the copy of the summons served contained the required certification.

Signature: [signed]    Title: REVENUE OFFICER

Catalog No. 25000Q    Form 6637 (Rev. 10-2006)

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,                )
                                         )
           Petitioner,                   )
                                         )
v.                                       )
                                         )
JAMES JONES AS OWNER OF                  )
PROMISELAND GEORGETOWN,                  )
                                         )
           Respondent.                   )

## DECLARATION OF MORGAN W. JOHNSON

I, Morgan W. Johnson, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division Gulf States Compliance Area of the Internal Revenue Service at 9430 Research Blvd, M/S 5210AUNW, Austin, TX 78759.

2. In my capacity as a revenue officer, I am collecting the delinquent federal employment tax liability of PROMISELAND GEROGETOWN for the taxable period(s) ending 09/30/2008, 12/31/2008, 03/31/2009, 06/30/2009 and 03/31/2010.

3. In furtherance of the above collection and in accordance with Section 7602 of Title 26, U.S.C., I issued on 05/04/2010, an administrative summons, Internal Revenue Service Form 6637, to JAMES JONES, to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on 05/04/2010, I served an attested copy of the Internal Revenue Service summons, described in Paragraph (3) above, on the respondent, JAMES JONES, by leaving a copy at his last and usual place of above, as evidenced

in the certificate of service on the reverse side of the summons.

5. On 05/04/2010, I served the notice required by Section 7609(a) of Title 26, U.S.C., on JAMES JONES, by leaving a copy at his last and usual place of abode, as evidenced in the certificate of service of notice on the reverse side of the summons.

6. On 05/21/10, the respondent JAMES JONES, did not appear in response to the summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

7. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9. It is necessary to examine the books, papers, records, or other data sought by the summons in order to collect the federal employment tax liability of PROMISELAND GEORGETOWN for the taxable period(s) ending 09/30/2008, 12/31/2008, 03/31/2009, 06/30/2009 and 03/31/2010.

10. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to PROMISELAND GEROGETOWN for the periods at issue.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of September, 2010.

*Morgan W. Johnson*